MICHAEL R. REESE (206773)
mreese@reesellp.com
SUE J. NAM (206729)
snam@reesellp.com
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

GEORGE V. GRANADE (316050)
ggranade@reesellp.com
8484 Wilshire Boulevard, Suite 515
**REESE LLP**
Los Angeles, California 90211
Telephone: (310) 393-0070

CALEB MARKER (269721)
caleb.marker@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, California 90048
Telephone: (877) 500-8780

BRIAN C. GUDMUNSON (admitted *pro hac vice*)
brian.gudmundson@zimmreed.com
MICHAEL J. LAIRD (admitted *pro hac vice*)
michael.laird@zimmreed.com
RACHEL K. TACK (admitted *pro hac vice*)
rachel.tack@zimmreed.com
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA KELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEGG, INC.,<br><br>Defendant. | Case No. 22-cv-06986-JD<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>Judge: James Donato |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joshua Keller ("Plaintiff") and Defendant Chegg, Inc. ("Defendant" or "Chegg") hereby stipulate that the above-captioned action be dismissed with prejudice as to all parties, claims, and causes of action. Each party will bear its own attorney's fees and costs.

Dated: March 25, 2024                REESE LLP

By:/s/ Michael R. Reese
  Michael R. Reese (206773)

100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
mreese@reesellp.com

George V. Granade (316050)
ggranade@reesellp.com
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

Charles D. Moore (admitted *pro hac vice*)
cmoore@reesellp.com
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (212) 643-0500

**ZIMMERMAN REED LLP**
Caleb Marker
*caleb.marker@zimmreed.com*
6420 Wilshire Blvd., Suite 1080
Los Angeles, California 90048
Telephone: (877) 500-8780

**LAUKAITIS LAW FIRM LLC**
Kevin Laukaitis (to be admitted pro hac vice)
737 Bainbridge Street, #155
Philadelphia, Pennsylvania 19147
Phone: (215) 789-4462
*klaukaitis@laukaitislaw.com*

Attorneys for Plaintiff

Dated: March 25, 2024               COOLEY LLP


By: /s/Amanda Main
    Amanda Main (260814)


TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

AMANDA A. MAIN (260814)
(amain@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:   +1 650 843 5914
Facsimile:   +1 650 849 7400

Attorneys for Defendant
Chegg, Inc.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION & [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
22-CV-06986-JD

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: March 28, 2024

_____
Honorable James Donato
United States District Judge



COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION & [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
22-CV-06986-JD